BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LANCE LAYTON THOMAS, Defendant. | CASE NO. 2:13-MJ-0080 AC [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COMPLAINT |

Upon motion of the United States, and due to the fact that the Defendant has been returned to the United States and turned over to Placer County, California authorities, IT IS HEREBY ORDERED that the Complaint in this case is hereby dismissed in accordance with Federal Rule of Criminal Procedure 5(a)(2)(A).

IT IS SO ORDERED.

DATED: September 19, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING COMPLAINT